# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **ANGELA PEMBERTON,** | * |
| **Plaintiff,** | * |
| VS. | * No. 1:18CV00041-BRW |
| **NANCY A. BERRYHILL,** <br> **Acting Commissioner of Social Security,** | * |
| **Defendant.** | * |

## ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, I approve and adopt the RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 17th day of December, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE