**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ANGELA PEMBERTON,**                       *
                                          *
    **Plaintiff,**                 *
**VS.**                                       *          **No. 1:18CV00041-BRW**
                                          *
**NANCY A. BERRYHILL,**                       *
**Acting Commissioner of Social Security,**   *
                                          *
    **Defendant.**                 *

## JUDGMENT

Based on the Order filed today, it is Considered, Ordered and Adjudged that the decision

of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 17th day of December, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE